IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC T. ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　　Defendant. | Civil Action No. 09-2867 |

**ORDER**

AND NOW, this 12th day of August, 2009, for the reasons stated in the accompanying memorandum, plaintiff Erik Robinson's Motion to Proceed *In Forma Pauperis* (docket no. 1) is DENIED.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/ s / Louis H. Pollak, J.
　　　　　　　　　　　　　　　　　　Pollak, J.